**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1275**

LOUISE BIGGERS,

       Plaintiff - Appellant,

         v.

WELLS FARGO BANK NATIONAL ASSOCIATION; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, as Trustee for Securitized Trust Ginnie Mae Remic Trust 2011-002; GINNIE MAE; WELLS FARGO HOME MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a/k/a MERS; DOES 1 THROUGH 100, inclusive,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:16-cv-00431-JAG)

Submitted: May 25, 2017                     Decided: May 30, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louise Biggers, Appellant Pro Se. Terry Catherine Frank, KAUFMAN & CANOLES, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louise Biggers appeals the district court's order dismissing her complaint seeking to forestall the foreclosure of her home for failure to state a claim and as barred by res judicata. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Biggers' informal brief does not challenge the district court's dispositive conclusion that her claims are barred by res judicata, Biggers has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*